UNITED STATES of America, Plaintiff–Appellee,

v.

Jose Ramiro BECERRA, Defendant–Appellant.

No. 06–50308.

United States Court of Appeals, Ninth Circuit.

Submitted May 20, 2008.*

Filed May 28, 2008.

AUSA, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Joseph Milchen, Esq., Frank & Milchen, San Diego, CA, Gordon S. Brownell, Esq., St. Helen, CA, for Defendant–Appellant.

Before: PREGERSON, TASHIMA, and GOULD, Circuit Judges.

MEMORANDUM **

Jose Ramiro Becerra appeals from his guilty-plea conviction and 12–month sen-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tence for bail jumping, in violation of 18 U.S.C. § 3146. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Becerra's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Becerra has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**